IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| KIM ANTHONY POLONCZYK | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:08CV284-LG-RHW |
| | § | |
| CORPORATE STATE OF ARKANSAS | § | |
| and GOVERNOR MIKE BEEBE | § | DEFENDANTS |

**FINAL JUDGMENT**

This cause is before the court, *sua sponte*, for consideration of dismissal for lack of jurisdiction. Pursuant to the Order issued this day, the Court finds that this cause should be dismissed without prejudice for lack of jurisdiction.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. All pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 9th day of September, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE